SALLIE KIM, State Bar No. 142781
KIMBERLY A. DONOVAN, State Bar No. 160729
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, California 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901

Attorneys for Defendants GEORGE CHOI,
LUIZ DASILVA, and THERATIVE, INC.,
formerly known as DERMACARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH NEEV,<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>DOES 1-100; GEORGE CHOI, an individual, LUIZ DASILVA, an individual, THERATIVE, INC., an individual; DERMACARE, INC., a Delaware corporation;<br><br>　　Defendants. | Case No. C-08-02860-PVT<br><br>CERTIFICATE OF SERVE OF NOTICE TO PARTIES AND COUNSEL OF REMOVAL PURSUANT TO 28 U.S.C. §1441(b)<br><br>Alameda County Superior Court Case No. RG 08379458 |

Tina Ernst certifies and declares as follows:

I am over the age of 18 years and not a party to this action.

My business address is 1891 Landings Drive, Mountain View, which is located in the city, county and state where the mailing described below took place.

On June 10, 2008, I deposited in the United States Mail at Mountain View, California, a copy of the Notice to Parties and Counsel of Removal Pursuant to 28 U.S.C. § 1441 (b) [Federal Question] dated June 9, 2008, a copy which is attached to this Certificate.

1

Case No. C-08-02860-PVT
Certificate of Service of Notice

1  I declare under penalty of perjury that the foregoing is true and correct.

3  Executed on June 10, 2008.

_____
Tina Y. Ernst