1  SALLIE KIM, State Bar No. 142781
   KIMBERLY A. DONOVAN, State Bar No. 160729
2  GCA LAW PARTNERS LLP
   1891 Landings Drive
3  Mountain View, California 94043
   Telephone: (650) 428-3900
4  Facsimile: (650) 428-3901

5  Attorneys for Defendants GEORGE CHOI,
   LUIZ DASILVA, and THERATIVE, INC.,
6  formerly known as DERMACARE, INC.

7                  UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9

10 JOSEPH NEEV,                                    ) Case No. C-08-02860-PVT
                                                   )
11     Plaintiffs,                                 )
                                                   )
12     vs.                                         )
                                                   )
13 DOES 1-100; GEORGE CHOI, an individual,         )
   LUIZ DASILVA, an individual, THERATIVE,         )
14 INC., an individual; DERMACARE, INC., a         )
   Delaware corporation;                           )
15                                                 )
       Defendants.                                 )
16                                                 )
   _____ )

17

18

        The parties hereby agree that the time for Defendants GEORGE CHOI, LUIZ

DASILVA, and THERATIVE, INC., formerly known as DERMACARE, INC.("Defendants")

to respond to the Plaintiff's complaint in this action will be extended to a date seven (7) days

after this Court rules on Plaintiff's motion to remand. If the motion to remand is denied,

Defendants will file their motion to dismiss or Answer in this Court. If the motion to remand

is granted, Defendants will file a demurrer or Answer in the State Court to which the case is

remanded.

        If Plaintiff chooses not to move to remand, Defendants' response will be due fourteen

1

1  (14) days after Plaintiff so notifies Defendants in writing of the intention not to file a motion to
2  remand.

3

4  DATED: June 17, 2008                    GCA LAW PARTNERS LLP

5

6
                                           By /s/ Sallie Kim
7                                                 Sallie Kim

8                                          Attorneys for Defendants GEORGE
                                           CHOI, LUIZ DASILVA, and
9                                          THERATIVE, INC., formerly known as
                                           DERMACARE, INC.
10

11
   DATED: June 16, 2008                    TEUTON, LOEWY & PARKER LLP
12

13

14                                         By /s/ Kenneth Parker
                                                  Kenneth Parker
15
                                           Attorneys for Plaintiff JOSEPH NEEV
16

17

18

25

20

21

22

23

24

25

26

27

28

2