UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH NEEV,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GEORGE CHOI, et al.,<br><br>　　　　Defendants.<br>_____ | Case No.: C 08-2860 PVT<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE REMANDED TO STATE COURT FOR LACK OF JURISDICTION** |

On June 9, 2008, Defendants removed this action to this court from the Superior Court of California in and for the County of Alameda, purportedly based on federal question jurisdiction. Specifically, Defendants assert that this action "arises under the patent laws of the United States." Having reviewed the complaint,

IT IS HEREBY ORDERED that, no later than July 8, 2008, Defendants shall file a brief showing cause, if any, why this case should not be remanded to state court for lack of jurisdiction. *See Thompson v. Microsoft Corp.*, 471 F.3d 1288, 1292 (Fed. Cir. 2006) (finding district court's jurisdiction did not "arise under" federal patent law, despite the defendant's assertion of a patent-law defense).[1]

Dated: *6/17/08*

　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] In *Thompson*, the case remained in federal court based on diversity jurisdiction. From Plaintiff's complaint, it appears diversity is lacking in the present case.

ORDER, *page 1*

1
2 *Defense counsel notified of this filing via the court's Electronic Case Filing system.*
3
  copies mailed on _____ to:
4
  Kenneth G. Parker, Esq.
5 Robert G. Loewy, Esq.
  Teuton Loewy & Parker
6 3121 Michelson Dr., Ste. 250
  Irvine, CA  92612
7
8
                                              _____
9                                             CORINNE LEW
                                              Courtroom Deputy
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28