1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN JOSE DIVISION

| JOSEPH NEEV, an individual, | Case No. C 08-2860 PVT |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER REMANDING ACTION** |
| vs. | |
| GEORGE CHOI, et al., | |
| Defendants. | |

1  On September 9, 2008, this Court heard plaintiff Joseph Neev's Motion to Remand
2 Matter for Lack of Subject Matter Jurisdiction.  Plaintiff's motion is based on lack of
3 subject matter jurisdiction, and plaintiff seeks remand pursuant to 28 U.S.C. § 1447(c).
4 Defendants have asserted jurisdiction pursuant to 28 U.S.C. § 1338(a), which provides that
5 federal courts have exclusive and original jurisdiction in "any civil action arising under
6 any Act of Congress relating to patents."  After considering the parties' memoranda and
7 argument this Court finds as follows:

8  1. The relevant pleading is the First Amended Complaint.

9  2. For jurisdiction to exist under § 1338(a), the "well-pleaded complaint [must]
10 establis[h] either that federal patent law creates the cause of action or that the plaintiff's
11 right to relief necessarily depends on resolution of a substantial question of federal patent
12 law, in that patent law is a *necessary element* of one of the well-pleaded claims." *See*
13 *Christianson v. Colt Indus. Operating Corp.*, 486 U.S. 800, 808-09, 108 S. Ct. 2166, 100
14 L. Ed. 2d 811 (1988)) (emphasis added).

15  3. Defendants have conceded that that federal law does not create any cause of
16 action pleaded in the First Amended Complaint.

17  3. Having examined the First Amended Complaint, this Court has determined that
18 none of the causes of action in the First Amended Complaint necessarily depends upon a
19 resolution of a substantial question of federal patent law, in that patent law is not a
20 necessary element of any of the well-pleaded claims in the First Amended Complaint.

21  4. As a result, subject matter jurisdiction does not exist over this action.

1  In light of the above, the Court ORDERS as follows:

2  This action is remanded to the Superior Court of the State of California, County of
3  Alameda.

4
   DATED:                                    _____
5                                            PATRICICA V. TRUMBULL
                                             United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28