UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Joseph Neev,

        Plaintiff(s),

    v.

Does 1-100; George Choi, an individual, Luiz Dasilva, an individual, Therative, Inc. et al.

        Defendant(s).

No. C 08 02860 PVT

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 26, 2008

_____
Signature

Counsel for Defs - Choi, Dasilva, Therative
(Plaintiff, Defendant or indicate "pro se")