1  KENNETH G. PARKER (SBN 182911)
     kparker@tlpfirm.com
2  ROBERT G. LOEWY (SBN 179868)
     rloewy@tlpfirm.com
3  TEUTON, LOEWY & PARKER LLP
   3121 Michelson Drive, Ste 250
4  Irvine, California 92612
   Telephone:  (949) 442-7100
5  Facsimile:  (949) 442-7105

6  Attorneys for PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN JOSE DIVISION

| JOSEPH NEEV, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GEORGE CHOI, et al.,<br><br>Defendants. | Case No. C 08-2860 PVT<br><br>**CONSENT TO PROCEED BEFORE MAGISTRATE WITH RESPECT TO MOTION FOR REMAND**<br><br>Date:   September 9, 2008<br>Time:   10:00 a.m.<br>Place:  Courtroom 5<br>        4th Floor<br>        280 South First Street<br>        San Jose, California 95113 |
|---|---|

CONSENT REGARDING MOTION TO REMAND   C 08-2860 PVT

1  In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct proceedings with respect to plaintiff's motion to remand.  This is not a general consent to have a United States Magistrate Judge conduct all dispositive proceedings and this consent is limited to the pending motion.  Any appeal from the order regarding the motion to remand shall be taken directly to the United States Court of Appeals for the Ninth Circuit.  Plaintiff does not believe the motion to remand is a dispositive motion and does not believe the parties' consent is required to have the motion to remand heard by the United States Magistrate Judge.

Dated:  August 26, 2008

TEUTON, LOEWY & PARKER LLP
KENNETH G. PARKER

By:  /s/ Kenneth G. Parker
Kenneth G. Parker
Attorneys for Plaintiff