1  KENNETH G. PARKER (SBN 182911)
       kparker@tlpfirm.com
2  ROBERT G. LOEWY (SBN 179868)
       rloewy@tlpfirm.com
3  TEUTON, LOEWY & PARKER LLP
   3121 Michelson Drive, Suite 250
4  Irvine, California 92612
   Telephone: (949) 442-7100
5  Facsimile: (949) 442-7105

6

7  Attorneys for Plaintiff
   JOSEPH NEEV

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 JOSEPH NEEV,                          )   Case No. C-08-02860-PVT
                                         )
12         Plaintiffs,                   )
                                         )
13      vs.                              )   DEMAND FOR JURY TRIAL
                                         )
14 DOES 1-100; GEORGE CHOI, an           )
   individual, LUIZ DASILVA, an          )
15 individual, THERATIVE, INC., an       )
   individual; DERMACARE, INC., a        )
16 Delaware corporation;                 )
                                         )
17         Defendants.                   )
                                         )
18                                       )

19     Plaintiff Joseph Neev hereby demands a trial by jury for all causes of action

20 so triable.

21 Date: August 26, 2008          TEUTON, LOEWY & PARKER LLP
                                  KENNETH G. PARKER
22                                ROBERT G. LOEWY

23

24

25                                By /s/ Kenneth G. Parker
                                        Kenneth G. Parker
26                                   Attorneys for Plaintiff
                                        JOSEPH NEEV
27

28